UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ZEREGA AVENUE REALTY CORP., ET AL.,        :

            Plaintiffs,        :

      -against-        :        ORDER

HANOVER INSURANCE COMPANY, ET AL.,        :        04 Civ. 9651 (KMW)(KNF)

           Defendants.        :

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/29/09
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     IT IS HEREBY ORDERED that a telephonic conference shall be held in the above-captioned action on August 10, 2009, at 2:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiffs to (212) 805-6705.

Dated: New York, New York
       July 29, 2009                    SO ORDERED:

                                                         *Kevin Nathaniel Fox*
                                                      KEVIN NATHANIEL FOX
                                                      UNITED STATES MAGISTRATE JUDGE